```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09944
   MARGARET WALLACE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4493

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/02/2007 and was confirmed 07/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  SECURED NOT I   NOT FILED              .00            .00
CITIMORTGAGE INC          CURRENT MORTG         .00              .00            .00
CITIMORTGAGE INC          MORTGAGE ARRE   23650.46               .00        3111.83
PEOPLES GAS & LIGHT       UNSECURED          685.14              .00            .00
PEOPLES GAS & LIGHT       UNSECURED       NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,464.00                         1,464.00
TOM VAUGHN                TRUSTEE                                             344.07
DEBTOR REFUND             REFUND                                              875.60

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 5,795.50

PRIORITY                                             .00
SECURED                                         3,111.83
UNSECURED                                            .00
ADMINISTRATIVE                                  1,464.00
TRUSTEE COMPENSATION                              344.07
DEBTOR REFUND                                     875.60
                       --------------       --------------
TOTALS                   5,795.50               5,795.50




                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09944 MARGARET WALLACE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```